IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK STEPHENSON, | CIV F 05 0409 AWI LJO HC |
|     Petitioner, | |
|   vs. | |
| R. CAMPBELL, Warden, | |
|     Respondent. | ORDER OF TRANSFER |

    On December 20, 2004, petitioner, a state prisoner proceeding pro se filed a habeas corpus action pursuant to 28 U.S.C. § 2254, in the Northern District of California, under process of receipt number 3367227 in the sum of $5.00. On March 28, 2005 the Fresno Division of the Eastern District of California received a transfer order from the Northern District of California.

    The petitioner is challenging a conviction from Amador County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the petition should have been filed in the Sacramento Division. Pursuant to Local

1

1  Rule 3-120(b), a civil action which has not been commenced in the proper court may, on the
2  court's own motion, be transferred to the proper court.  Therefore, this action will be transferred
3  to the Sacramento Division.   All future pleadings shall reference the new case number and be
4  filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

9       Good cause appearing: IT IS HEREBY ORDERED that this action is transferred to the
10 United States District Court for the Eastern District of California sitting in Sacramento.
11 IT IS SO ORDERED.

12 **Dated:   April 19, 2005**                    **/s/ Lawrence J. O'Neill**
   23ehd0                                              UNITED STATES MAGISTRATE JUDGE